# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 3:23-CV-16480-TKW-HTC

Plaintiff/Petitioner:
**GRLPWR LLC DOING BUSINESS AS NU VITA**

vs.

Defendant/Respondent:
**MELANIE MAE RODRIGUEZ**

For:
John R. Zoesch , III
BEGGS & LANE
P O Box 12950
Pensacola, FL 32591

Received by Thornton Process Service on the 27th day of June, 2023 at 11:09 am to be served on **MELANIE MAE RODRIGUEZ, 2579 HIDDEN ESTATES CIRCLE, NAVARRE, FL 32566**.

I, JOSHUA FOSKEY, do hereby affirm that on the **28th day of June, 2023** at **11:20 am**, I:

**INDIVIDUAL/PERSONAL** - Served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** to **MELANIE MAE RODRIGUEZ** at the address of **2579 HIDDEN ESTATES CIRCLE, NAVARRE, FL 32566** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served.

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**JOSHUA FOSKEY**
Certified Process Server# 621

**Thornton Process Service**
**1559 West Kingsfield Road**
**Cantonment, FL 32533**
**(850) 478-3333**

Our Job Serial Number: TTH-2023006045

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i