UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GRLPWR, LLC,

     Plaintiff,

v.                                                    Case No. 3:23-cv-16480-TKW-HTC

MELANIE RODRIGUEZ,

     Defendant.

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Local Rule 7.1, and section 2(a)(ii) of the Court's Initial Scheduling Order (Doc. 8), Defendant Melanie Rodriguez states the following:

1.     Melanie Rodriguez is a citizen of the State of Florida.

Dated: July 10, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Counsel for Defendant*

**Certificate of Service**

I hereby certify that on July 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater