UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**

    **Plaintiff**,

v.                                        Case No. 3:23cv16480-TKW-HTC

**MELANIE MAE RODRIGUEZ,**

    **Defendant**.

_____/

## **ORDER GRANTING TEMPORARY STAY**

This case is before the Court based on Defendant's motion to stay (Doc. 10). The motion seeks to stay discovery and the Rule 26(f) conference pending the Court's ruling on Defendant's motion to dismiss. The motion to stay represents that it is opposed, so the Court will hold it for a response from Plaintiff under Local Rule 7.1(E).

It appears from the Court's "preliminary peek" at the motion to dismiss that the motion raises at least colorable arguments supporting dismissal of the complaint. That being the case, there is no reason for the parties to commence discovery or hold their Rule 26(f) conference until the Court rules on the motion to stay—and based on the Court's upcoming schedule, it may not be able to rule on the motion to stay as quickly as it would like to.

Accordingly, in the interest of justice and on the Court's own motion, it is **ORDERED** that:

1. Discovery is temporarily stayed and all deadlines in the Initial Scheduling Order are temporarily tolled pending the Court's ruling on Defendant's motion to stay.

2. The motion to stay remains under advisement and will be ruled on after considering Plaintiff's response.

3. If the motion to stay is denied, this temporary stay will expire automatically and new deadlines for the parties' Rule 26(f) conference and report will be established. If the motion to stay is granted, this temporary stay will continue until the Court rules on the motion to dismiss.

**DONE and ORDERED** this 12th day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**