UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

    Plaintiff,

                                 Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

    Defendant.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

    Defendant GRLPWR, LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Florida Local Rule 7.1, files its Corporate Disclosure Statement, and states as follows:

    1.    GRLPWR, LLC does not have a parent corporation.

    2.    No publicly held entity owns 10% or more of GRLPWR, LLC's stock.

/s/ *John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No. 0045257
jrz@beggslane.com
**MATTHEW P. MASSEY**
Fla. Bar No. 1008337
mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331
*Attorneys for Plaintiff GRLPWR, LLC*

*****

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

/s/ *John R. Zoesch III*
John R. Zoesch III
Florida Bar No. 0045257

2