UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

    Plaintiff,

                             Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

    Defendant.
_____/

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY AND RULE 26(f) CONFERENCE

Plaintiff, GRLPWR, LLC d/b/a Nuvita, hereby submits this Response in Opposition to Defendant's Motion to Stay Discovery and Rule 26(f) Conference, and states as follows:

Plaintiff opposes Defendant's motion to stay proceedings in this case pending the Court's determination of Plaintiff's motion to dismiss. Defendant argues the Court should stay discovery and Rule 26(f) proceedings because her motion is "case dispositive." Yesterday, Plaintiff filed its memorandum in opposition to Defendant's motion to dismiss. Doc. 13. In it, Plaintiff articulated numerous grounds to deny Defendant's Motion to Dismiss in full and for why its case against

Defendant has significant merit. Plaintiff will refrain from articulating those arguments again.

Plaintiff filed this action a month ago and the parties have both filed their briefs regarding dismissal. It will cause Defendant no prejudice to proceed with the standard practice under this Court's Local Rules of the parties holding a Rule 26(f) conference and submitting a joint report. Thus, should the Court end the temporary stay, which has been in place for nearly two weeks, the due dates for such events will still not take place for some weeks yet. Moreover, for Plaintiff to proceed with serving discovery requests following the Rule 26(f) conference as is standard practice also will not cause prejudice to Defendant.

Plaintiff has reviewed the Court's Order dated July 13, 2023, granting a temporary stay pending the consideration of Plaintiff's response to Defendant's motion to stay. Although Plaintiff opposes Defendant's motion because Defendant has not set forth adequate grounds for a stay in its motion, Plaintiff recognizes the Court's considerable discretion regarding scheduling in this matter. Thus, Plaintiff defers to the Court's discretion with respect to any further stay.

>                              */s/ John R. Zoesch III*
>                              **JOHN R. ZOESCH III**
>                              Fla. Bar No. 0045257
>                              jrz@beggslane.com
>                              **MATTHEW P. MASSEY**
>                              Fla. Bar No. 1008337

mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331
*Attorneys for Plaintiff GRLPWR, LLC*

*****

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum contains 293 words, including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.

*****

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

*/s/ John R. Zoesch III*
John R. Zoesch III
Florida Bar No. 0045257