UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GRLPWR, LLC,

     Plaintiff,

v.

MELANIE RODRIGUEZ,

     Defendant.

Case No. 3:23-cv-16480-TKW-HTC

## DEFENDANT MELANIE RODRIGUEZ'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HER MOTION TO DISMISS

Pursuant to Local Rule 7.1(I), Defendant Melanie Rodriguez respectfully moves for leave to file a 2,300-word reply in support of her Motion to Dismiss. (Doc. 10). Plaintiff's counsel has stated that Plaintiff currently does not have a position on this requested relief.

Ms. Rodriguez respectfully seeks leave to address several points raised in Plaintiff's response. (Doc. 13). Among other things, Ms. Rodriguez would address: Plaintiff's contention that she "ignore[d]" several allegations in Count I; Plaintiff's arguments that the claims in the Complaint impute felony conduct or that the Court should consider Florida law for some matters but Michigan law for others without providing any choice-of-law analysis; caselaw cited by Plaintiff, which when read carefully supports Ms.

Rodriguez's arguments; and Plaintiff's arguments in its response that are not consistent with the allegations in the Complaint.

WHEREFORE, Defendant Melanie Rodriguez respectfully requests that the Court grant this motion and permit her leave to file a 2,300-word reply in support of her Motion to Dismiss no later than 5 days from the entry of such order granting this motion.

Dated: July 25, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant*

## Local Rule 7.1(B) Certification

Pursuant to Local Rule 7.1(B), I hereby certify that I communicated with Plaintiff's counsel by email on July 25, 2023. Plaintiff's counsel stated that Plaintiff does not have a position on the relief requested at this time.

By: */s/ James M. Slater*
James M. Slater

**Local Rule 7.1(F) Certification**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 500 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater