

JOHN R. ZOESCH III
*Attorney At Law*

DIRECT DIAL
(850)-202-3340

EMAIL ADDRESS
JRZ@BEGGSLANE.COM

501 COMMENDENCIA ST.
PENSACOLA, FLORIDA 32502
TELEPHONE (850) 432-2451
FAX (850) 469-3331

E. DIXIE BEGGS
1908 – 2001

BERT H. LANE
1917 – 1981

September 7, 2023

**VIA EMAIL ONLY**
Melanie Mae Rodriguez
c/o James M. Slater
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
james@slater.legal

    Re:  Notice Under Section 770.01, Florida Statutes, of False and Defamatory Statements Made by Melanie Mae Rodriguez About GRLPWR, LLC d/b/a Nuvita

Dear James:

  Our firm represents GRLPWR, LLC d/b/a Nuvita ("Nuvita").  As you are counsel of record for Melanie Mae Rodriguez in Case No. 3:23cv16480-TKW-HTC, currently pending in the Northern District of Florida, we direct this correspondence to you.  We do so via e-mail in accordance with the service methods authorized by the Northern District of Florida.

  Pursuant to Section 770.01, Florida Statutes, this letter shall serve as notice that Nuvita alleges that Ms. Rodriguez made certain false and defamatory statements about Nuvita through her YouTube channel titled "You've Reached Melanie." *See* https://www.youtube.com/@youvereachedmelanie.  The statements alleged to be false and defamatory by Ms. Rodriguez all relate to her allegations that Nuvita operates as a "pyramid scheme."

  Specifically, Nuvita alleges that the following three statements by Ms. Rodriguez, made both verbally and via subtitles, constitute both slander and libel under Florida law:

1) On April 10, 2023, Rodriguez posted a video to her YouTube channel titled "SHALLOW DIVE: NUVITA #exhunreacts #antimlm." *See* https://www.youtube.com/watch?v=vVuC84RuRwY&t=16s.  In this video, she stated that "[b]ecause the products are the loophole for these, in my opinion, pyramid schemes, being considered legal, you're probably not going to make any money and that's why we didn't see it on in the beginning of this."

Melanie Mae Rodriguez
September 7, 2023
Page 2

    2) On June 9, 2023, Rodriguez posted a video to her YouTube channel titled "EXPOSING THE TRUTH ABOUT NUVITA #nuvita #exhunreacts #antimlm." *See* https://www.youtube.com/watch?v=jFiWnHRTVPM. In this video, she stated "[h]ere's something interesting from the comp plan: monthly welcome kit bonus. That, in my opinion based on what I know, is a little bit pyramid schemy, it's a little scammy, because why are you getting a bonus just for recruiting people?"

    3) On June 23, 2023, Rodriguez posted a video to her YouTube channel titled "IT GOT WORSE #nuvita #exhunreacts #antimlm." *See* https://www.youtube.com/watch?v=H0JPb2SWDUA. In this video, she again made unsupported allegations about Nuvita, "doesn't that fall in line with what a pyramid scheme is? Hello? Hello? It's in front of your face."

The foregoing statements regarding Nuvita are false and defamatory. This letter constitutes pre-suit notice under Section 770.01, Florida Statutes.

    Nuvita requests that Ms. Rodriguez retract these statements within five (5) days of this notice.[1] Nuvita further requests that Ms. Rodriguez cease and desist from making further false or defamatory statements about Nuvita in the future.

    Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Very truly yours,

John R. Zoesch III
For the Firm

cc:    Client
       Matthew P. Massey

---

[1] Nuvita is mindful of the Court's Order on Motion to Dismiss and for Attorney's Fees, dated August 25, 2023. With respect to the first two statements, Plaintiff alleges in this notice those statements to ensure its compliance with Section 770.01's notice requirement so as to preserve its contention that those statements constitute actionable defamation in this matter.