UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

    Plaintiff,

                                      Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

    Defendant.

_____/

## JOINT MOTION FOR CONFIDENTIALITY ORDER

Plaintiff, GRLPWR, LLC, and Defendant, Melanie Mae Rodriguez, by and through their respective undersigned counsel, file this motion seeking entry of a protective order in the form attached hereto as Exhibit 1 (the "Proposed Order") regarding certain documents and information, including deposition testimony, that is produced or provided by the Parties and non-parties in connection with the above-captioned action. In support of this motion, the Parties state:

1.     Production by both Parties and non-parties may constitute and/or include information that is confidential commercial information. Disclosure of the Parties' confidential and proprietary information in the public record could unfairly harm the Parties. Among other things, the Parties anticipate the production of confidential documents regarding sales information and data, marketing

information, cost records, company financial information, customer information, and other generally sensitive internal business information.

2. The Parties have agreed to a protective order in the form of the Proposed Order attached hereto as Exhibit 1. In summary, the Proposed Order provides for the designation, by the Parties and non-parties, of "confidential" documents and/or information that is produced or otherwise provided and the procedures by which such documents and/or information is to be treated by all interested parties, including the Parties, Non-Parties, and Court personnel, including the treatment of such documents and/or information in connection with Court proceedings.

3. The Parties consent to the entry of the form of Proposed Order attached hereto as Exhibit 1.

WHEREFORE, for the foregoing reasons, the Parties respectfully request the Court enter the form of Proposed Order attached hereto as Exhibit 1, and grant such other and further relief as may be just and proper.

Respectfully submitted this 23rd day of October, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No. 0045257
jrz@beggslane.com
**MATTHEW P. MASSEY**
Fla. Bar No. 1008337
mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331

*Attorneys for Plaintiff GRLPWR, LLC*

*/s/ James M. Slater*
James M. Slater
Fla. Bar No. 111779
james@slater.legal
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301
T: (305) 523-9023

*Attorney for Defendant Melanie Rodriguez*