UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

    Plaintiff,

                                Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GRLPWR, LLC, and Defendant, Melanie Mae Rodriguez, pursuant to Rule 16.2 of the Local Rules for the Northern District of Florida, submit this Notice of Settlement and hereby notify the Court that the parties have reached a settlement of this matter. The parties request that the Court retain jurisdiction over this matter for 30 days so the parties may prepare and execute a settlement agreement. The parties will file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) once they have executed a settlement agreement.

Respectfully submitted this 15th day of November, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No. 0045257
jrz@beggslane.com
**MATTHEW P. MASSEY**
Fla. Bar No. 1008337
mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331

*Attorneys for Plaintiff GRLPWR, LLC*

*/s/ James M. Slater*
James M. Slater
Fla. Bar No. 111779
james@slater.legal
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301
T: (305) 523-9023

*Attorney for Defendant Melanie Rodriguez*