## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**GRLPWR, LLC**,

    **Plaintiff**,

**v.**                                    **Case No. 3:23cv16480-TKW-HTC**

**MELANIE MAE RODRIGUEZ**,

    **Defendant**.

_____/

## <u>ORDER</u>

Based the parties' notice of settlement (Doc. 26), it is **ORDERED** that the parties shall file a status report 30 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal has not been filed by then.

**DONE and ORDERED** this 16th day of November, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**