UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

    Plaintiff,

                        Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

    Defendant.

_____/

## STATUS REPORT

Plaintiff, GRLPWR, LLC, and Defendant, Melanie Mae Rodriguez, jointly report to the Court that they have executed a settlement agreement. The parties expect to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) within 30 days, subject to completion of several remaining matters.

Respectfully submitted this 15th day of December, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No. 0045257
jrz@beggslane.com
**MATTHEW P. MASSEY**
Fla. Bar No. 1008337
mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331

*Attorneys for Plaintiff GRLPWR, LLC*

*/s/ James M. Slater*
James M. Slater
Fla. Bar No. 111779
james@slater.legal
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301
T: (305) 523-9023

*Attorney for Defendant Melanie Rodriguez*