UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**
a Michigan limited liability company,

      Plaintiff,

                                  Case No.: 3:23-cv-16480-TKW-HTC

v.

**MELANIE MAE RODRIGUEZ,**
an individual

      Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, GRLPWR, LLC, and Defendant, Melanie Mae Rodriguez, by and through their undersigned counsel, stipulate to the voluntary dismissal with prejudice of this action, including all claims, causes of action, and defenses asserted by both parties. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 22nd day of December, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No. 0045257
jrz@beggslane.com
**MATTHEW P. MASSEY**
Fla. Bar No. 1008337
mpm@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331

*Attorneys for Plaintiff GRLPWR, LLC*

*/s/ James M. Slater*
James M. Slater
Fla. Bar No. 111779
james@slater.legal
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301
T: (305) 523-9023

*Attorney for Defendant Melanie Rodriguez*