UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRLPWR, LLC,**

    **Plaintiff**,

v.                                                        Case No. 3:23cv16480-TKW-HTC

**MELANIE MAE RODRIGUEZ,**

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' stipulation of dismissal with prejudice (Doc. 29), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 26th day of December, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**